Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDER OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP5, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>    Defendants. | Case No.: 2:21-cv-00153-KJD-NJK<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 6] AND MOTION FOR FEES AND COSTS [ECF No. 7]**<br><br>**(First Request)** |



Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates ("HSBC Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 28, 2021, HSBC Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-828578-C [ECF No. 1-1];
2. On January 23, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On March 1, 2021, HSBC Bank filed a Motion for Remand [ECF No. 6];
4. On March 1, 2021, HSBC Bank filed a Motion for Costs and Fees [ECF No. 7];
5. Chicago Title's deadline to respond to HSBC Bank's Motion for Remand and Motion for Costs and Fees is March 15, 2021;
6. Chicago Title's counsel is requesting an extension until April 6, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in HSBC Bank's motions;
8. HSBC Bank does not oppose the requested extension;
9. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
603205.1

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to HSBC Bank's Motion for Remand [ECF No. 6] and Motion for Costs and Fees [ECF No. 7] is hereby extended through and including April 6, 2021.

Dated: March 11, 2021    EARLY SULLIVAN WRIGHT
　　　　　　　　　　　　　　GIZER & McRAE LLP

　　　　　　　　　　　　　　By:  /s/-- Sophia S. Lau
　　　　　　　　　　　　　　　　SCOTT E. GIZER
　　　　　　　　　　　　　　　　SOPHIA S. LAU
　　　　　　　　　　　　　　　　Attorneys for Defendant CHICAGO TITLE
　　　　　　　　　　　　　　　　INSURANCE COMPANY

Dated: March 11, 2021    SINCLAIR BRAUN LLP

　　　　　　　　　　　　　　By:  /s/-Kevin S. Sinclair
　　　　　　　　　　　　　　　　KEVIN S. SINCLAIR
　　　　　　　　　　　　　　　　Attorneys for Defendant CHICAGO TITLE
　　　　　　　　　　　　　　　　INSURANCE COMPANY

Dated: March 11, 2021    WRIGHT FINLAY & ZAK, LLP

　　　　　　　　　　　　　　By:  /s/-Lindsay D. Robbins
　　　　　　　　　　　　　　　　LINDSAY D. ROBBINS
　　　　　　　　　　　　　　　　Attorneys for Plaintiff HSBC BANK, U.S.A,
　　　　　　　　　　　　　　　　N.A.

**IT IS SO ORDERED:**

Dated:  3/12/2021    By: _____
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
603205.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                              */s/ D'Metria Bolden*
                                              D'METRIA BOLDEN
                                              An Employee of EARLY SULLIVAN
                                              WRIGHT GIZER & McRAE LLP