UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br> Defendants. | Case No.: 2:21-CV-00153-KJD-NJK <br><br> **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** <br><br> **FIRST REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor") (collectively "Defendants") and plaintiff HSBC Bank USA, N.A. ("HSBC"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On January 28, 2021 HSBC filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On January 28, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Title and Ticor's responses to HSBC's complaint are currently due on March 17, 2021, while FNTG's response is due on March 18, 2021;

4. Counsel for Defendants request a 30-day extension for Chicago Title and Ticor (29 days for FNTG) through and including Friday, April 16, 2021 for Defendants to file their respective responses to HSBC's complaint to afford Defendants' counsel additional time to review and respond to HSBC's complaint.

5. Counsel for HSBC does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including Friday, April 16, 2021.

Dated: March 15, 2021                    SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     FIDELITY NATIONAL TITLE GROUP,
     INC., CHICAGO TITLE INSURANCE
     COMPANY, and TICOR TITLE OF
     NEVADA, INC.

Dated: March 15, 2021                    WRIGHT FINLAY & ZAK, LLP

By:   */s/-Darren T. Brenner*
     DARREN T. BRENNER
     Attorneys for Plaintiff
     HSBC BANK, USA, N.A.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE