1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No.: 2:21-CV-00153-KJD-NJK |
| Plaintiff, | **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | **SECOND REQUEST** |
| Defendants. | |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor") (collectively "Defendants") and plaintiff HSBC Bank USA, N.A. ("HSBC"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On January 28, 2021 HSBC filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On January 28, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On March 15, 2021, the Court granted the parties first stipulation to extend Defendants' respective deadlines to respond to the complaint through and including April 16, 2021 (ECF No. 16);

4. Counsel for Defendants request a 32-day extension, through and including Tuesday, May 18, 2021 for Defendants to file their respective responses to HSBC's complaint to afford Defendants' counsel additional time to review and respond to HSBC's complaint.

5. Counsel for HSBC does not oppose the requested extension;

6. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including Tuesday, May 18, 2021.

Dated: April 8, 2021                SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, and TICOR TITLE OF NEVADA, INC.

Dated: April 8, 2021                WRIGHT FINLAY & ZAK, LLP

By: */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff
HSBC BANK, USA, N.A.

**IT IS SO ORDERED.**

Dated: April 9, 2021

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE